**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DEVORA SHABTAI,**

                Plaintiff,

       -against-

**GOLDIE SHABTAI; NEW YORK GUARDIANSHIP SERVICES; MORDECHAI BULS; PETER STRAUSS; KEN BARACAS; DANIEL MILLER; RUSSELL MORGAN,**

                Defendants.

**20-cv-10868 (JGK)**

**ORDER**

---

**JOHN G. KOELTL, United States District Judge:**

The plaintiff requested permission to file an amended complaint to add two defendants to her complaint. The Court has already granted the plaintiff permission to file an amended complaint by March 1, 2021. ECF No. 5. The Court has not restricted the plaintiff in terms of the parties or allegations within the complaint, but the plaintiff is warned again that she should allege why the Court has subject matter jurisdiction in the amended complaint. If the plaintiff needs assistance, she is directed to contact the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants at 212-659-6190. The time for the plaintiff to file an amended complaint is extended to March 15, 2021.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

**February 2, 2021**
**New York, New York**

                                              /s/ John G. Koeltl
                                                   **JOHN G. KOELTL**
                                      **United States District Judge**