```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
DEVORA SHABTAI,
                    Plaintiff,        20 Civ. 10868 (JGK)

          - against -                 ORDER

GOLDIE SHABTAI,
                    Defendant.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court will not dismiss the case sua sponte on the basis of an unsworn letter. The defendant should answer or move to dismiss the complaint with proper papers. The defendant may proceed with counsel or pro se. If the defendant proceeds pro se, the defendant may wish to consult the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is also attached to this Order. The time for the defendant to respond to the complaint is extended to September 24, 2021.

Chambers will mail a copy of this Order and attachments to the pro se parties at the following addresses:

| | |
|---|---|
| Goldie Shabtai | Devora Shabtai |
| Yohanan Bader 6 | 2118 East 69th St. |
| Ramat Gav | Apt. #2 |
| Israel | Brooklyn, NY 11234 |
| 972/50-5592415 | 718 954 4973 |

**SO ORDERED.**

Dated:    New York, New York
          September 1, 2021

                              /s/John G. Koeltl
                                 John G. Koeltl
                          United States District Judge

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.



NYLAG — New York Legal Assistance Group