UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,
                Plaintiff,          20-cv-10868 (JGK)

     - against -              ORDER

GOLDIE SHABTAI,
                Defendant.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the motion to dismiss is October 18, 2021. The time for the defendant to reply is November 1, 2021.

SO ORDERED.
Dated:    New York, New York
         September 27, 2021

                                      John G. Koeltl
                             United States District Judge

Copy mailed to pro se party(ies) at docket address