```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DEVORA SHABTAI,

               Plaintiff,        20-cv-10868 (JGK)

   - against -              ORDER

GOLDIE SHABTAI,

               Defendant.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the motion to dismiss is extended to **November 8, 2021**. The time for the defendant to reply is extended **November 29, 2021**.

    The Clerk is directed to mail a copy of this Order to each of the pro se parties and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
          October 8, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge