```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                      Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                      Defendants.

**ORDER**

**20-CV-10868 (JGK) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The status conference currently scheduled on Wednesday, January 26, 2022 at 11:00 a.m. will be rescheduled to **January 31, 2022 at 11:00 a.m**.  It will be held by AT&T Conference line. Parties are directed to call: 866-434-5269, access code: 4858267.

**SO ORDERED.**

Dated:  December 2, 2021
       New York, New York

*[signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge