```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                      Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                      Defendants.

**ORDER**

20-CV-10868 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of the parties' respective letters. (ECF Nos. 60, 61.) To better understand the scheduling issues and set a new schedule, Defendant is ordered to provide the Court with the date of the surgery and anticipated recovery time. Additionally, Defendant is ordered to respond to Plaintiff's letter by January 26, 2022, explaining why she has failed to comply with Plaintiff's discovery requests.

    **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and the Defendant: Goldie Shabtai Yohannan Bader 6 Ramat Gav, Israel.**

Dated: New York, New York
          January 19, 2022

                                          SO ORDERED.

                                          *Katharine H. Parker*
                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge