USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                        Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                        Defendants.

**ORDER**

20-CV-10868 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On January 31, 2022, a case management conference was held and the Court ordered the parties to comply with the following discovery request: Plaintiff is ordered to provide only five categories of requested documents for *each* claim in her complaint (i.e. negligence, wrongful death, fraud, defamation/ slander, and intentional infliction of emotional distress). As explained at the conference, Plaintiff's requested documents must be narrowly tailored, and Plaintiff is ordered to explain why those documents are relevant to the specific claim and/or defenses to that claim. Defendant is ordered to provide responsive documents to Plaintiff's request. Additionally, Defendant must follow the same format for her request for documents from Plaintiff. The requests should be served **by February 15, 20022**. The parties' answers to discovery requests and production of documents are due by **March 15, 2022**. Additionally, the parties must provide a status letter to update the Court about the exchange of documents **by March 31, 2022**.

      Lastly, the Court encourages Plaintiff to seek legal counsel. Plaintiff may contact the New York City Bar Association Legal Referral Service to see if they can provide the names of

potential counsel. The phone number is 917-909-5166. The Court also advises Plaintiff that she may seek assistance at the NYLAG Clinic by calling 212-613-5000.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and the Defendant: Goldie Shabtai Yohannan Bader 6 Ramat Gav, Israel.**

Dated: New York, New York
February 1, 2022

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge