```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DEVORA SHABTAI,

                Plaintiff,           20-cv-10868 (JGK)

    - against -                    ORDER

GOLDIE SHABTAI,

                Defendant.

JOHN G. KOELTL, District Judge:

In response to the defendant's letter filed February 16, 2022, ECF No. 73, the defendant may file an Amended Answer including counterclaims by **March 4, 2022**. The plaintiff may respond to any counterclaims by **March 25, 2022**.

The defendant may file a motion for judgment on the pleadings by **April 8, 2022**. The plaintiff may respond to the motion by **April 29, 2022**. The defendant may reply by **May 13, 2022**. No pre-motion conference is required.

The Clerk is directed to mail a copy of this Order to each of the pro se parties and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
          February 17, 2022

                                              John G. Koeltl
                                         United States District Judge