USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                        Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                        Defendants.

**ORDER**

20-CV-10868 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court has received letters from both parties asking for an extension of time of 30 days to request documents. (ECF Nos. 70, 71.) The Court grants these requests. The parties are still required to follow my order at ECF No. 69 that limits the parties to five categories of documents (one for each claim in her complaint (i.e. negligence, wrongful death, fraud, defamation/ slander, and intentional infliction of emotional distress). The parties' requests must be narrowly tailored, and the parties shall explain why the documents they request are relevant to the specific claim and/or defenses to that claim.

      Both parties requests should be served by **March 17, 2022**. The parties' answers to discovery requests and production of documents are due **by April 18, 2022**. Additionally, in light of the extension of time, the parties must provide a status letter to update the Court about the exchange of documents by **April 28, 2022**.

      **Document requests and responses may not be filed on the Court's docket absent advance permission from the Court.**

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and the Defendant: Goldie Shabtai Yohannan Bader 6 Ramat Gav, Israel.**

Dated: New York, New York
February 22, 2022

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge