USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                              Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                              Defendants.

**ORDER**

20-CV-10868 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter which requests an adjournment of this case until the end of June 2022. (ECF No. 78.) While the Court has discretion to stay discovery under Fed. R. Civ. P. 26(c)(1) for "good cause," a party must provide a particular and specific demonstration of fact to support the stay. *Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675 (S.D.N.Y. 2018). Plaintiff has not met this standard. Plaintiff included paperwork documenting pre-operative testing, but did not include information regarding when the surgery will take place or the time needed for recovery. Without this information, the Court cannot grant Plaintiff's request. Further, at this point, Plaintiff has had significant time to prepare a response to counterclaims. That response is due March 25, 2022. Plaintiff fails to provide sufficient information to support any extension to the March 25, 2022 deadline. Further, nothing in Plaintiff's letter justifies an extension of the deadline for Defendant to file a motion for judgment on the pleadings, which is due on April 8, 2022. Accordingly, Plaintiff's motion is denied. To the extension Plaintiff seeks an extension in any deadline, she should first seek Defendant's consent and then must submit a letter to the court setting forth the proposed

extension of time and the reasons therefore, noting whether Defendant consents to the request.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and the Defendant: Goldie Shabtai Yohannan Bader 6 Ramat Gav, Israel.**

Dated: New York, New York
       March 15, 2022

                                        SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge