```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                Defendants.

**ORDER**

20-CV-10868 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's letter which requests an extension of time to respond to Defendant's counterclaims from the current deadline of March 24, 2022 because she is undergoing emergency surgery on March 16, 2022. (ECF No. 80.) The paperwork provided by Plaintiff says that the surgery will take place on March 16, 2022. However, the Plaintiff never provided any information regarding the time needed for recovery. In light of the fact that Plaintiff has had significant time to prepare a response to counterclaims prior to her surgery, she should already have drafted her response. Nonetheless, the court will briefly adjourn Plaintiff's time to respond to Defendant's counterclaims **until April 13, 2022**.

    The Court reminds Plaintiff that in responding to Defendant's counterclaims, she must comply with Federal Rule of Civil Procedure 8, which states that Plaintiff must state in **short and plain terms** its defenses to each claim asserted, and simply admit or deny the allegations asserted against it by an opposing party. Fed. R. Civ. P. 8(b)(1). In other words, answering the counterclaims does not require, and the Court will not accept, evidence of Plaintiff's defenses at the time of her answer.

Defendant has asserted two counterclaims: defamation and intentional infliction of emotional distress.   Plaintiff merely needs to admit or deny the factual allegations supporting the counterclaims and **briefly and simply** state any defenses.  No documents should be attached or submitted with Plaintiff's response.  No additional allegations or claims should be made in Plaintiff's answer.  No extraneous personal information should be included in Plaintiff's answer.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and the Defendant: Goldie Shabtai Yohannan Bader 6 Ramat Gav, Israel.**

Dated: New York, New York
       March 22, 2022

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge