UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVORA SHABTAI,

               Plaintiff,          20-cv-10868 (JGK)

    - against -               ORDER

GOLDIE SHABTAI,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant has moved for judgment on the pleadings, arguing that the Court lacks diversity of citizenship subject matter jurisdiction because the defendant is a U.S. citizen residing in Israel. ECF No. 57; see, e.g., Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828-29 (1989); Force v. Facebook, Inc., 934 F.3d 53, 75 (2d Cir. 2019). The plaintiff is directed to respond to the defendant's argument that the Court lacks diversity of citizenship subject matter jurisdiction by **May 26, 2022**. The defendant may reply by **June 6, 2022**.

    The Clerk is directed to mail a copy of this Order to the pro se parties and to note service in the docket.

SO ORDERED.
Dated:    New York, New York
           May 12, 2022

                                      John G. Koeltl
                                  United States District Judge