UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVORA SHABTAI,

                Plaintiff,          20-cv-10868 (JGK)

    - against -                 ORDER

GOLDIE SHABTAI,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is reminded that she has the opportunity to reply in further support of her motion for judgment on the pleadings for lack of subject matter jurisdiction by June 6, 2022, including by providing evidence of her United States citizenship.

    The Court has mailed several items to the defendant which have been returned as undeliverable. The defendant is directed to fill out the attached Notice of Change of Address form and to return the completed form to the Court. The Clerk is directed to a mail a copy of this Order to the pro se plaintiff and to note service in the docket.

SO ORDERED.
Dated:    New York, New York
           May 27, 2022

                                        John G. Koeltl
                                United States District Judge