**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEVORA SHABTAI,

                Plaintiffs,

  -against-                                          20 **CIVIL** 10868 (JGK)

### JUDGMENT

GOLDIE SHABTAI,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 10, 2022, the Court has considered all of the arguments of the parties. To the extent not addressed, the arguments are either moot or without merit. The first motion for judgment on the pleadings, ECF No. 57, is granted. The second motion for judgment on the pleadings, ECF No. 85, is therefore denied as moot. Judgment is entered dismissing this action without prejudice. The plaintiff has not sought leave to file an amended complaint and any amendment would be futile; accordingly, the case is closed.

**Dated:** New York, New York

       June 13, 2022

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                                  **BY:**     *K. Mango*
                                                        _____
                                                           **Deputy Clerk**