USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

                        Plaintiff,

-against-

GOLDIE SHABAI, et al.,

                        Defendant.

20-CV-10868 (JGK) (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the order granting the Defendant's motion for judgment on the pleadings (ECF No. 109), the Case Management Conference currently scheduled on June 29, 2022 at 12:30 pm (ECF No. 92) is adjourned *sine die*.

**The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.**

Dated: New York, New York
       June 13, 2022

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge