UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORA SHABTAI,

               Plaintiff,          20-cv-10868 (JGK)

    - against -              ORDER

GOLDIE SHABTAI,

               Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff has submitted a letter dated June 10, 2022, protesting the inaccuracy of the defendant's passport. ECF No. 112. However, the passport is valid on its face, and the questions raised by the plaintiff do not undermine the validity of the passport. See id. Therefore, as explained in the Court's Order dated June 10, 2022, because the defendant is a United States citizen residing in Israel, the Court lacks subject matter jurisdiction in this case. See ECF No. 109. The Clerk is directed to mail a copy of this Order to the pro se parties.

SO ORDERED.
Dated:    New York, New York
          June 16, 2022

                                              John G. Koeltl
                                      United States District Judge